IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DONALD ATKINSON**                                                                                     **PLAINTIFF**
**Reg # 23588-044**

v.                              **CASE NO.: 2:07CV00009-SWW/BD**

**LINDA SANDERS**, *Warden*,
*FCI-Forrest City, Arkansas*                                                                            **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order (docket entry #15) of October 15, 2007.

IT IS SO ORDERED, this 28th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE