# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DONALD ATKINSON**                                                                 **PLAINTIFF**
**Reg # 23588-044**

**v.**                        **CASE NO.: 2:07CV00009-SWW/BD**

**LINDA SANDERS**, *Warden,*
*FCI-Forrest City, Arkansas*                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 28th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE