# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DONALD ATKINSON**                                                                                           **PLAINTIFF**
**Reg # 23588-044**

v.                              **CASE NO.: 2:07CV00009-SWW/BD**

**LINDA SANDERS**, *Warden,*
*FCI-Forrest City, Arkansas*                                                                                  **DEFENDANT**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion to dismiss (docket entry #41) is DENIED. Plaintiff has until September 15, 2008, in which to served Defendant Norman.

IT IS SO ORDERED, this 22nd day of July, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE