**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DONALD ATKINSON**                                                                          **PLAINTIFF**
**Reg # 23588-044**

**v.**                                    **CASE NO.: 2:07CV00009-SWW/BD**

**LINDA SANDERS**, *Warden,*
*FCI-Forrest City, Arkansas*                                                     **DEFENDANT**

<u>**ORDER**</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  No objections have been filed.  After careful review of the Recommended

Disposition, as well as a *de novo* review of the record, the Court concludes that the

Recommended Disposition should be, and hereby is, approved and adopted as this

Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #54) is GRANTED.

Plaintiff's claims against Defendant Norman are dismissed WITHOUT PREJUDICE.

Plaintiff's claims against Defendants Sanders, Miller, Lee, Cross, Hunter, and Wells are

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 7th day of January 2009.


<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE