IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DONALD ATKINSON**                                                                        **PLAINTIFF**
**Reg # 23588-044**

v.                          **CASE NO.: 2:07CV00009-SWW/BD**

**LINDA SANDERS**, *Warden*,
*FCI-Forrest City, Arkansas*                                                               **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of January 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE